JACOB C. REISS, PLAINTIFF-APPELLEE, v. L. BAMBERGER & COMPANY, DEFENDANT-APPELLANT.

Decided October 3, 1925.

On appeal from taxation of costs.

Before Justices TRENCHARD and LLOYD.

For the appellant, *Riker & Riker.*

For the defendant, *Joseph C. Paul.*

PER CURIAM.

An examination of the taxation of costs as directed by Mr. Justice Minturn convinces us that the costs were properly taxed, and the appeal is accordingly dismissed.